JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **ISBAEL PANG,**<br><br>**Plaintiff,**<br>**v.**<br><br>**GENERAL MOTORS, LLC,**<br><br>**Defendant.** | **Case No. 2:25-cv-11834-MEMF-CTS**<br><br>**JUDGMENT OF DISMISSAL** |

Plaintiff Isbael Pang ("Pang") brought this putative class action against Defendant General Motors, LLC ("GM"). (*See generally* Dkt. 25 (First Amended Complaint, "FAC").) On September 14, 2026, the court granted GM's Motion to Dismiss, dismissing the First Amended Complaint without leave to amend. Consistent with the court's September 14, 2026, Order, the court **ENTERS JUDGMENT** in this case in

favor of GM and against Pang. Pang shall take nothing on their claims against GM in this case.

**IT IS SO ORDERED.**

DATED: September 14, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE